838 F.2d 462
 Newton (Martin L.)
v.
U.S. Department of Justice, Bureau of Prisons, Carlson
(Norman), Petrovsky (J.) Wilkinson (G.C.), Hillwig (Ronald),
Hill (Furman), Mahoney (John, M.D.), O'Connor (John),
Chadwick (William), Pannell (John), Noone (Randy), Sullivan
(J.), Haugh (C.), Madigan (Larry)
 NO. 87-5388
 United States Court of Appeals,
Third Circuit.
 DEC 31, 1987
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.